UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARTIN J. WALSH,
Secretary of Labor, United
States Department of Labor,

    Plaintiff,

v.                                  Case No. 8:21-cv-2696-VMC-CPT

ANDREWS FLORIST ON 4TH STREET
INC. and BLANCA MICHAELS,

    Defendants.
_____/

**ORDER**

    This matter is before the Court on consideration of United States Magistrate Judge Christopher P. Tuite's Report and Recommendation (Doc. # 19), filed on December 9, 2022, recommending that Secretary Martin J. Walsh's Motion for Default Judgment (Doc. # 17) be denied.

    As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation, and denies the Secretary's Motion as set forth herein.

**Discussion**

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

1

recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge. The Secretary has not adequately alleged that the employee was covered by the FLSA through either individual or enterprise coverage. (Doc. # 19 at 5-10). The Court will allow the Secretary to amend the complaint to address this deficiency.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 19) is **ACCEPTED** and **ADOPTED.**

(2) The Secretary's Motion for Default Judgment (Doc. # 17) is **DENIED.**

(3) The Secretary's Complaint (Doc. # 1) is **DISMISSED** without prejudice.

(4) The Secretary may file an amended complaint within 30 days of the date of this Order.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of December, 2022.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3